UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                      :

PETER J. CRESCI                       :        Misc. 17-133-RMB

An Attorney-at-Law                    :           O R D E R

It appearing that respondent, PETER J. CRESCI , was ordered to show cause before this Court on Tuesday, April 17, 2017, why he should not be temporarily suspended from the practice of law before this Court and until further Order of the Court;

and it appearing the Court having reviewed respondent's submissions filed on April 6, 2017, May 10, 2017 and November 3, 2017; and good cause appearing,

It is on this ___16th___ day of ___November___, 2017,

ORDERED that PETER J. CRESCI, be and he hereby is temporarily suspended from the practice of law before this Court and until further Order of the Court; and it is further

ORDERED that PETER J.CRESCI, be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

_____
JOSE L. LINARES
Chief Judge