UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re Matter of Peter J. Cresci :
and Crescip*Finnegan, LLC

:      Misc. No. 17-mc-133

:      ORDER

This matter having been opened to the Court on its own motion, and it appearing that Peter J. Cresci, having been suspended from the practice of law in this Court by Order dated November 16, 2017, has been using an e-mail address for filings and correspondence of 1crescilegal@gmail.com and has been using the name Peter J. Cresci, Esq. on pleadings and correspondence while appearing pro se; and

**WHEREAS,** Rule 1:20-20 of the Rules Governing the Courts of the State of New Jersey was incorporated into the Order of this Court dated December 13, 2017; and

**WHEREAS,** the use of the title "Esq." and "Esquire" is found by this Court to be a representation to the public that the user of that title, Peter J Cresci, is authorized to practice law before this Court and/or engages in the business of providing legal services to the public; and

**WHEREAS** this Court finds that the use of the e-mail address of 1crescilegal@gmail.com is a representation to the public that the user of that e-mail

1

address is authorized to practice law in this Court and to provide legal services or is an entity engaged in the business of providing legal services; and

**WHEREAS** this Court finds that the current use of the e-mail address 1crescilegal@gmail.com, which is virtually identical to the prior e-mail address of crescilegal@gmail.com, which was being used by Peter J. Cresci prior to being suspended from the practice of law before this Court by Order dated November 16, 2017, creates a representation that the user of that e-mail address is authorized to practice law before this Court and is engaged in the business of providing legal services before this Court; and

**WHEREAS** the e-filing system for the United States District Court for the District of New Jersey designates Peter J. Cresci as a member of Cresci and Black, LLC, and same further represents that Peter J. Cresci is therefore authorized to practice law before this Court or regularly engages in the provision of or in the business of providing legal services before this Court; and

**WHEREAS** the weight of authority in other jurisdictions including New Jersey have prohibited the use of the title Esq. or Esquire by a lawyer who has been suspended from the practice of law and this Court hereby adopts that prohibition herein;

IT IS on this 13th day of September, 2018;

ORDERED that Peter J. Cresci, shall immediately refrain from the use of any word or phrase that contains the word "law" or "legal" or any other word referencing the practice of law in his e-mail address or referencing the authorization to practice law or that he regular engages in the provision of legal services; and

IT IS FURTHER ORDERED that Peter J. Cresci shall cease and desist from using the e-mail address 1crescilegal@gmail.com as contrary to Rule 1:20-20 of the Rules Governing the Courts of the State New Jersey which has been incorporated into the Order of this Court dated December 13, 2017; and

IT IS FURTHER ORDERED that Peter J. Cresci cease and desist from using the title or denomination of "Esquire or "Esq." or any similar such title, suffix or prefix that connotes the authorization to practice law or that he regularly engages in the business of providing legal services to the public; and

IT IS FURTHER ORDERED that Peter J. Cresci shall immediately correct and remove any designation on the e-filing system for the United States District Court for the District of New Jersey designating him as either Esquire or Esq. or as a member of Cresci and Black, LLC.

**SO ORDERED.**

_____
**JOSE L. LINARES**
Chief Judge, United States District Court
for the District of New Jersey